John T. Kelsoe, plaintiff in error, *vs.* Slaughter Hill, defendant in error.

Where, by inadvertence, counsel fail to enter up judgment on a recovery in an action of trespass *vi et armis*, within four days after adjournment of the court, the court may, at a succeeding term, on due notice to the defendant, grant an order to enter up the same *nunc pro tunc*.

Judgments.    Practice in the Superior Court.    Before Judge Clark.    Macon Superior Court.    December Term, 1876.

Reported in the opinion.

THOS. P. LOYD; W. A. HAWKINS, for plaintiff in error.

No appearance for defendant.

JACKSON, Judge.

A motion was made at May term, 1876, of Macon supe-rior court, to enter up judgment *nunc pro tunc* upon a verdict for $150.00, in an action of trespass *vi et armis*, at the preceding term, of which motion defendant had due notice. The court granted the motion, and defendant ex-cepted. No cause was shown why the motion should not be granted, and the court did right.

Judgment affirmed.